# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

157043

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD MACKAY HALE, JR.,
      Defendant-Appellant.

SC: 157043
COA: 335491
Kent CC: 14-008436-FC

_____/

By order of November 7, 2018, the application for leave to appeal the November 21, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Washington* (Docket No. 156648). On order of the Court, the case having been decided on May 22, 2019, 503 Mich 1030 (2019), the application is again considered and, it appearing to this Court that the case of *People v Washington* (Docket No. 160707) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



t0622

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk